IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DR. OLGA M. NATAL ROSADO, <br><br> Plaintiff, <br><br> v. <br><br> DEKALB COUNTY SCHOOL DISTRICT, <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 1:23-cv-3761-TWT-JKL |

# ORDER

This matter is presently before the Court on Defendant DeKalb County School District's ("DCSD") motion to stay discovery pending ruling on DCSD's motion for partial judgment on the pleadings. [Doc. 18.] Plaintiff Dr. Olga M. Natal Rosado agrees that a stay of discovery is proper. [Doc. 19.] Upon consideration of the motion to stay and the response, the Court grants the motion and stays pretrial deadlines and discovery pending resolution of the motion for judgment on the pleadings. *See McDade v. Equifax Info. Servs., LLC*, No. 1:20-CV-03509-ELR-AJB, 2021 WL 4816636, at *1 (N.D. Ga. May 25, 2021) (explaining that a magistrate judge has broad discretion to stay discovery pending a decision on a dispositive motion and that a stay can "support efficiency and the

preservation of judicial and party resources"). Accordingly, the motion to stay is **GRANTED**.[1] [Doc. 18.]

IT IS SO ORDERED this 6th day of May, 2024.

_____
JOHN K. LARKINS III
United States Magistrate Judge

---

[1] The Court notes that Defendant filed the motion to stay on April 26, 2024, ten days before the end of the discovery period. Accordingly, the Court deems the stay effective starting on that date, so ten days will be left in the discovery period once it begins again.