# IN THE UNITED STATES DISTRICT COURT
# THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DR. OLGA M. NATAL ROSADO, ) | |
| ) | **Civil Action No.:** |
| PLAINTIFF, ) | **1:23-cv-03761-TWT-JKL** |
| ) | |
| v. ) | |
| ) | |
| DEKALB COUNTY SCHOOL, ) | |
| DISTRICT, ) | |
| ) | |
| DEFENDANT. ) | |

## ORDER

For good cause shown, the Plaintiff's Consent Second Motion to Extend Time for Plaintiff to Object to Report and Recommendation is GRANTED. The deadline for Plaintiff to Object is hereby extended through and including September 6, 2024.

**SO ORDERED** this __4th__ day of September, 2024.

_____
THOMAS W. THRASH, JR.
United States District Judge