IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OLGA M. NATAL ROSADO,<br><br>    Plaintiff,<br><br>v.<br><br>DEKALB COUNTY SCHOOL DISTRICT,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:23-cv-3761-TWT-JKL |

## SCHEDULING ORDER

The discovery period is set to begin again as Defendant DeKalb County School District's motion for judgment on the pleadings is no longer pending. [*See* Docs. 20, 40.] As noted in the stay order, ten days would be left in the discovery period once it restarted. [Doc. 20 at 2.] Accordingly, discovery closes on **October 28, 2024**. The parties must file any motions for summary judgment no later than **November 27, 2024**.

IT IS SO ORDERED this 16th day of October, 2024.

_____
JOHN K. LARKINS III
United States Magistrate Judge